

OFFICE: (718) 878-3781 • FACSIMILE: (212) 748-1606 • INFO@TSIGLERLAW.COM • WWW.TSIGLERLAW.COM
299 BROADWAY, SUITE 1400, NEW YORK, NY, 10007

December 5, 2019

<u>VIA ELECTRONIC FILING</u>
Honorable Cathy Seibel
United States District Court
Southern District of New York
United States Court House
300 Quarropas Street
White Plains, New York 10601

RE:   USA v. Juwan Caesar
      19-CR-00578-CS-1

Dear Hon. Judge Seibel:

As This Honorable Court is aware, we represent Mr. Juwan Caesar, Defendant in the above referenced matter.  Mr. Caesar is scheduled to appear in This Honorable Court on December 12, 2019 at 4:15 P.M. for Conference.

However, Defense Counsel is still reviewing discovery and are in negotiations with AUSA Matthew Andrews who consents to this request.

Therefore, we respectfully request that the conference in this matter be adjourned until January 27, 2020 at 4:15 P.M., or January 29, 2020 at 4:15 P.M. or January 30, 2020 at 4:15 P.M.  or at any time thereafter that is convenient to This Honorable Court.  We understand that the additional time this may take is excludable.

Thank you for your courtesies in advance.

Respectfully yours,

/s/ Hanna H. Shoshany
Hanna H. Shoshany

HHS/mpk
cc:   AUSA Matthew Andrews, Esq.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Conference adjourned to 1/29/20 at 4:15 pm.  The time between now and then is hereby excluded under the Speedy Trial Act in the interests of justice.  I find the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will enable Defendant to continue review of discovery and engage in discussions regarding a possible disposition without trial.

12/6/19