UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA               :
                                       :   CONSENT PRELIMINARY ORDER
         - v. -                        :   OF FORFEITURE/
                                       :   MONEY JUDGMENT
JUWAN CAESAR,                          :
                                       :   19 Cr. 578 (CS)
              Defendant.               :
- - - - - - - - - - - - - - - - x

WHEREAS, on or about August 26, 2019, JUWAN CAESAR, (the "defendant"), was charged in a three-count Indictment (the "Indictment"), 19 Cr. 578 (CS), with theft of mail, in violation of 18 U.S.C. § 1709 (Count One); conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349 (Count Two); and aggravated identity theft in violation of 18 U.S.C. § 1028A (Count Three);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One, Two, and Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 492 and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One, Two, and Three of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One, Two, and Three of the Indictment that the defendant personally obtained;

WHEREAS, on or about January 29, 2020, the defendant pled guilty to Counts One and Two of the Indictment, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Counts One and Two of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 492 and Title 28, United States Code, Section 2461(c): (i) a sum of money equal to $15,000.00 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $15,000.00 in United States currency representing the amount of proceeds traceable to the offense charged in Counts One and Two of the Indictment that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Counts One and Two of the Indictment that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney, Mathew

Andrews, of counsel, and the defendant, and his counsel, Hanna Shoshany, Esq., that:

1. As a result of the offense charged in Counts One and Two of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $15,000.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Counts One and Two of the Indictment that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, JUWAN CAESAR, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Department of Treasury, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Department of Treasury or its designee shall be authorized to deposit the payment on the Money

Judgment in the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more

counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____  1/29/20
MATTHEW ANDREWS                 DATE
Assistant United States Attorney
300 Quarropas Street
White Plains, New York 10601
Telephone: (914) 993-1920

JUWAN CAESAR,
DEFENDANT

By: _____  1-29-20
JUWAN CAESAR                    DATE

By: _____  1/29/20
Hanna Shoshany, Esq             DATE
299 Broadway, Suite 1400
New York, New York 10007
Office: (718) 878-3781
Direct: (718) 701-5405
Facsimile: (212) 748-1606

SO ORDERED:

_____  1/29/20
HONORABLE _____  DATE
UNITED STATES DISTRICT JUDGE